UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DR. FELIX GUZMAN RIVADENEIRA             CIVIL ACTION

VERSUS                                    NO. 15-2186

DEPARTMENT OF HOMELAND                    SECTION "F" (3)
SECURITY, ET AL.

# O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 14th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE